785 A.2d 422

IN THE MATTER OF ROGER C. PETERMAN,
AN ATTORNEY AT LAW.

December 5, 2001.

**ORDER**

**ROGER C. PETERMAN** of **HAWORTH,** who was admitted to the bar of this State in 1993, having pleaded guilty to obtaining a controlled dangerous substance by fraud in violation of *N.J.S.A.* 2C:35–13, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ROGER C. PETERMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ROGER C. PETERMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ROGER C. PETERMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.